**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Randy S. Roberts,       ) | No. CV-06-2625-PHX-SMM |
|                         ) |  |
|         Plaintiff,      ) | **ORDER** |
|                         ) |  |
| v.                      ) |  |
|                         ) |  |
| Francis J. Harvey,      ) |  |
|                         ) |  |
|         Defendant.      ) |  |
|                         ) |  |

Pending before the Court is Plaintiff Randy S. Roberts' ("Plaintiff") Motion to Amend Complaint for Discharge Relief. (Dkt. No. 21)

Rule 15(a) provides that a "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. In the present case, no responsive pleading has been served; thus, Plaintiff retains an automatic right to amend the pleadings single time. However, pursuant to Rule 15.1(a) of the Local Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), Plaintiff is required to attach a copy of the proposed amended pleading to the motion to amend the pleading.[1] Additionally, a party seeking to amend a pleading must lodge with the Clerk of Court an original of the proposed amended pleading. LRCiv. 15.1(b). Here, Plaintiff, appearing pro se, has failed to comply with the Local Rules. Accordingly, the

---

[1] The Local Rules are available online at: www.azd.uscourts.gov

1 Court will deny Plaintiff's motion without prejudice and require Plaintiff to re-file the
2 proposed amended complaint in compliance with Rule 15.1 of the Local Rules.
3   Therefore,
4   **IT IS ORDERED** that Plaintiff's Motion to Amend Complaint for Discharge Relief.
5 (Dkt. No. 21) is **DENIED WITHOUT PREJUDICE**.
6   DATED this 10th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge