**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy S. Roberts, ) | No. CV-06-2625-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Francis J. Harvey, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Plaintiff Randy S. Roberts' ("Plaintiff") second Motion to Amend Complaint for Discharge Relief. (Dkt. No. 26)

As the Court explained in the Order dated July 10, 2007, Rule 15(a) provides that a "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. In the present case, no responsive pleading has been served. Therefore, Plaintiff retains an *automatic right* to amend his Complaint a single time. However, pursuant to Rule 15.1(a) of the Local Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), Plaintiff is required to attach a copy of the proposed amended pleading to the motion to amend the pleading.[1] Additionally, a party seeking to amend a pleading must lodge with the Clerk of Court an original of the proposed amended pleading. LRCiv. 15.1(b). Here, Plaintiff, appearing pro

---

[1] The Local Rules are available online at: www.azd.uscourts.gov

1  se, has once again failed to comply with the Local Rules. Specifically, Plaintiff failed to
2  lodge the Amended Complaint that he seeks to file with the Court. Based upon Plaintiff's
3  statement, it appears that he is under the impression that the Court itself will amend his
4  Complaint to include the points of clarification that he specifically addresses in his motion.
5  If this is in fact Plaintiff's belief, then he is mistaken. It is Plaintiff's duty to amend his
6  Complaint, including the additional points that he seeks to raise, and then file this new
7  version of the Complaint with the Court. Therefore, the Court will deny Plaintiff's motion
8  without prejudice and require Plaintiff to re-file the proposed amended complaint in
9  compliance with Rule 15.1 of the Local Rules.

10    Accordingly,

11    **IT IS ORDERED** that Plaintiff's Motion to Amend Complaint for Discharge Relief.
12  (Dkt. No. 26) is **DENIED WITHOUT PREJUDICE**.

13    DATED this 2nd day of August, 2007.

Stephen M. McNamee
United States District Judge